UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEBASTIAN PAYANO,

                Plaintiff,

    -against-

PRIMO MINI MARKET CORP et al,

                Defendant.

26-CV-3105 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Counsel has filed a notice of appearance on behalf of Defendants (ECF 11), but Plaintiff has not filed proof of service on the docket. Plaintiff is ORDERED, by **April 30, 2026,** to file his proof of service on the docket.

DATED:  April 28, 2026
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**