**Stillman Legal** P.C.

October 6, 2026

Application GRANTED. The deadline to submit the settlement documents shall be **October 22, 2026.**

The Clerk of Court is respectfully requested to terminate ECF 27.

Dated: October 7, 2026
New York, NY

SO ORDERED
[signature]
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

Hon. Dale E. Ho
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Payano v. Primo Mini Market Corp., et al.**
**Case No. 1:26-cv-03105-DEH-RFT**
**Request for Two-Week Extension to Submit Settlement Approval Papers**

Dear Judge Ho:

I represent Plaintiff Sebastian Payano in the above-referenced action. I respectfully request a two-week extension of the deadline to submit the settlement agreement and joint letter seeking settlement approval, from October 8, 2026 to October 22, 2026, as set forth in the Court's September 8, 2026 Order (ECF No. 25).

Defendants need the additional two weeks to finalize the settlement documentation necessary for the parties' submission. Plaintiff consents to the requested extension. The additional time will allow the parties to complete the required papers and submit them together for the Court's review.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Lina Stillman
Lina Stillman, Esq.
Stillman Legal, P.C.
Attorney for Plaintiff

cc: Clifford Ryan Tucker, Esq., Counsel for Defendants (via ECF)